16

From: The District Court of the Thirteenth Judicial District, County of Yellowstone. STATE OF MONTANA, Plaintiff, vs. CHARLES PERKINS, Defendant.

## DECISION

No. DC-82-033

The application of the above-named defendant for a review of the sentence of 13 years 2 years for weapon; Dangerous imposed on April 28, 1982, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence shall be amended to 15 years for Aggravated Burglary plus 2 years for the use of a dangerous weapon. The Defendant shall remain designated as dangerous for the purposes of parole eligibility. The sentences shall be served consecutively to each other.

The amendment was made after considering the severity of the injuries inflicted upon the victim and the extensive criminal record of the Defendant.

We wish to thank Stacey Wade, of the Montana Defender Project, for her assistance to the Defendant and to this Court.

DATED this 18th day of January, 1983.

## SENTENCE REVIEW DIVISION

Leonard Langen, Chairman; Joseph Gary, Mark Sullivan

From: The District Court of the Sixteenth Judicial District, County of Custer. STATE OF MONTANA, Plaintiff, vs. AUGUST LEE WHITE, Defendant.

## DECISION

No. 2686

The application of the above-named defendant for a review of the sentence of 50 years 10 years for weapon; consecutive; Dangerous imposed on August 6, 1980, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence shall remain the same as originally imposed.

It is the opinion of this Division that the sentence is not excessive for this crime.

We wish to thank Mark Sokkappa, of the Montana Defender Project, for his assistance to the Defendant and to this Court.

DATED this 18th day of January, 1983.

## SENTENCE REVIEW DIVISION

Leonard Langen, Chairman; Joseph Gary, Mark Sullivan